# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 36 DB 2017 (No. 23 RST 2017) |
| | : |
| | : |
| | : |
| ANN LOUISE MARTINO FRAZIER | : Attorney Registration No. 47611 |
| | : |
| PETITION FOR REINSTATEMENT | : |
| FROM RETIRED STATUS | : (Out of State) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2017, the Report and Recommendation of Disciplinary Board Member dated March 24, 2017, is approved and it is ORDERED that Ann Louise Martino Frazier, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.